15 A.3d 19

JULIA GERE, FORMERLY KNOWN AS JULIA GERE RICKER,
PLAINTIFF–RESPONDENT, v. FRANK A. LOUIS, ESQ.,
ETC., ET AL., DEFENDANTS–PETITIONERS.

February 22, 2011.

Granted.